ROBERT HOLMES, Individually and as Trustee et al., Appellants, *v.* SAINT JOSEPH LEAD COMPANY et al., Defendants, and EDWARD C. SMITH, Respondent.

*Holmes* v. *Saint Joseph Lead Co.,* 168 App. Div. 685, affirmed.
(Argued January 5, 1916; decided January 25, 1916.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 9, 1915, which reversed an order of Special Term granting plaintiffs' motion for judgment on the pleadings and overruling a demurrer to the complaint. Plaintiffs own 70,000 shares of the par value of $700,000 of the capital stock of the St. Joseph Lead Company, a New York corporation having an outstanding capital stock of $15,000,000 and engaged in the business of mining, refining, manufacturing, smelting and preparing for sale lead and other ores, carrying on such business principally in the state of Missouri. They bring this action on behalf of their corporation to require eight of its thirteen directors to account for the injury, loss and damages sustained by their corporation through the neglect and failure of the defendants to perform their duties in the management of the affairs of the corporation.

The following question was certified: "Does the complaint state facts sufficient to constitute a cause of action?"

*Samuel F. Moran* and *Louis B. Grant* for appellants.

*Henry C. Quinby* and *George Edwin Joseph* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.